Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  __ABC Dentistry, P.A.__

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

   __ABC Dental__

3. **Debtor's federal Employer Identification Number (EIN)**   7 6 – 0 5 8 9 4 3 9

4. **Debtor's address**

   **Principal place of business**
   __1500 Southmore Avenue__
   Number    Street

   __Pasadena, Texas  77502__
   City            State    ZIP Code

   __Harris__
   County

   **Mailing address, if different from principal place of business**
   __1500 Southmore Avenue__
   Number    Street

   P.O. Box

   __Pasadena, Texas 77502__
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City            State    ZIP Code

5. **Debtor's website** (URL)   http://abcdentaltexas.com

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☒ Other. Specify:  __Professional Association__

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  ABC Dentistry, P.A.  
       Name

Case number *(if known)* _____

---

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6  2  1  2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When ___/___/_____  Case number _____
                                             MM / DD / YYYY
        District _____  When ___/___/_____  Case number _____
                                             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  See Exhibit 1 Attached Hereto    Relationship _____
       District _____   When ___/___/_____
                                          MM  /  DD  / YYYY
       Case number, if known _____

Debtor  **ABC Dentistry, P.A.**                                    Case number *(if known)*_____
        Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                              Number        Street<br>_____<br>_____<br>City                                            State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

---

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☒ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99         ☐ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199       ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☒ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor ___ABC Dentistry, P.A._____  Case number (if known)_____
            Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/26/2016__
              MM / DD / YYYY

✘ __/s/ Iraj S. Jabbary, D.D.S._____   Iraj S. Jabbary, D.D.S._____
Signature of authorized representative of debtor   Printed name

Title __Director_____

**18. Signature of attorney**

✘ __/s/ Omar J. Alaniz_____   Date __08/26/2016__
Signature of attorney for debtor                         MM / DD / YYYY

Omar J. Alaniz_____
Printed name
Baker Botts L.L.P._____
Firm name
2001 Ross Avenue_____
Number    Street
__Dallas_____  __Texas__  __75201-2980__
City                                State     ZIP Code

__214/9530-6593_____  __omar.alaniz@bakerbotts.com__
Contact phone                     Email address

__24040402_____  __Texas__
Bar number                        State

# EXHIBIT 1

## Bankruptcy Cases Being Filed by a Business Partner or Affiliate of the Debtor

Debtor:   ABC Dentistry, P.A.
Relationship:  Affiliate
District:  Southern District of Texas, Houston Division
When: August 26, 2016
Case number, if known        Unknown


Debtor:   ABC Dentistry West Orem, P.L.L.C.
Relationship:  Affiliate
District: Southern District of Texas, Houston Division
When: August 26, 2016
Case number, if known        Unknown


Debtor:   ABC Old Spanish Trail, P.L.L.C.
Relationship:  Affiliate
District:  Southern District of Texas, Houston Division
When: August 26, 2016
Case number, if known        Unknown

## ABC DENTISTRY, P.A.

Written Consent of the Sole Shareholder and Director

August 26, 2016

Pursuant to the Texas Business Organizations Code and the Articles of Association of ABC Dentistry, P.A. (the "Company"), the undersigned, being the sole shareholder and director of the Company (the "Sole Shareholder and Director"), hereby consents in writing to the adoption of the following resolutions:

**WHEREAS**, the Sole Shareholder and Director has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions; and

**WHEREAS**, the Sole Shareholder and Director has received, reviewed, and considered the recommendations of the Company's legal, financial, and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Title 11 of the United States Code (the "Bankruptcy Code").

### Commencement of Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, that in the good faith business judgment of the Sole Shareholder and Director, it is in the best interest of the Company, its creditors, employees, stakeholders, and other interested parties, that the Company file a voluntary petition for relief under chapter 11 of the Bankruptcy Code, and such filing is hereby authorized and approved in all respects;

**BE IT FURTHER RESOLVED**, that the officer (the "Officer") shall be and hereby are authorized, empowered, and directed, in the name and on behalf of the Company to: (i) execute and verify a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and (ii) cause the same to be filed (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), in such form and at such time as such Officer executing the petition shall determine;

**BE IT FURTHER RESOLVED**, that the Officer shall be and hereby is authorized, empowered, and directed, on behalf of and in the name of the Company, to execute and verify all necessary documents, including, without limitation, a plan of reorganization, disclosure statement, and all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, to employ and retain all assistance by legal counsel or other professionals, and to take any and all actions that he deems necessary and proper in connection with the Chapter 11 Case contemplated hereby, with a view to the successful prosecution of such case;

### General Authorization and Ratification

**BE IT FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by the Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or

in connection with the Chapter 11 Case or matters related thereto shall be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

**BE IT FURTHER RESOLVED**, that any and all past actions heretofore taken by the Officer of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

**BE IT FURTHER RESOLVED**, that the Sole Shareholder and Director hereby authorizes and directs the Officer, in the name and on behalf of the Company or otherwise and under the seal of the Company or otherwise, to execute and deliver all such agreements, certificates, documents, instruments, and notices and to take all other actions as such Officer in his or her sole discretion may deem necessary or appropriate in order to carry out and effect the foregoing resolutions, and hereby ratifies and confirms any and all such actions.

The undersigned, being the Sole Shareholder and Director, hereby consent to, approve, and adopt the foregoing as of the date first above written.

*   *   *

IN WITNESS WHEREOF, the undersigned has executed this Written Consent of the Sole Shareholder and Director to be effective as of the date first above written.

                                                */s/ Iraj S. Jabbary, D.D.S.*
                                                Iraj S. Jabbary, D.D.S.