**Fill in this information to identify the case:**

Debtor name ___ABC Dentistry, P.A., *et al.*_____

United States Bankruptcy Court for the: ___Southern_____ District of ___Texas_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Saeed Rohi, D.D.S. 1402 28th Avenue North Texas City, TX  77590-4183 | | Litigation | CUD | | | $17,918,857.17 |
| 2 | Benco Dental P.O. Box 731372 Dallas, TX 75373-1372 | | Trade | U | | | $18,000.00 |
| 3 | Blue Cross Blue Shield P.O. Box 731428 Dallas, TX 75372-1428 | | Trade | U | | | $11,850.00 |
| 4 | Chase Card Services-4302 P.O. Box 94014 Palatine, IL  60094-4014 | | Trade | U | | | $10,700.00 |
| 5 | CP Retail II, LLC 2700 Lake Olympia Parkway Missouri City, TX  77459 | | Trade | U | | | $10,152.00 |
| 6 | Chase Card Services-0254 Cardmember Service P.O. Box 94014 Palatine, IL  60094-4014 | | Trade | U | | | $7,700.00 |
| 7 | OST PP, Ltd. c/o Groen Realty Partners, LLC 7 Switchbud Place, Suite 19 The Woodlands, TX 77380 | | Trade | U | | | $7,405.00 |
| 8 | Visa Black Card P.O. Box 60517 City of Industry, CA 91716 | | Trade | U | | | $4,800.00 |

Debtor  **ABC Dentistry, P.A.,** *et al.*
_____
Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 **Daniels-Head Insurance Agency** P.O. Box 160730 Austin, TX  78716 | | **Trade** | **U** | | | **$3,450.00** |
| 10 **MBS** 1021 61st Street, Suite A300 Galveston, TX  77551 | | **Trade** | **U** | | | **$3,375.00** |
| 11 **Henry Schein Inc.** Dept. CH 10560 Palatine, IL 60055-0566 | | **Trade** | **U** | | | **$2,200.00** |
| 12 **Zeno Imaging** P.O. Box 41602 Philadelphia, PA  19101 | | **Trade** | **U** | | | **$2,195.00** |
| 13 **Startex Power** P.O. Box 650827 Dallas, TX 75265-0827 | | **Trade** | **U** | | | **$1,800.00** |
| 14 **AFLAC** Attn:  Remit. Proc. Services 1932 Wynnton Road Columbus, GA  31993-0797 | | **Trade** | **U** | | | **$1,455.00** |
| 15 **Taylor Solution Group** 720 Rusk Streeet Houston, TX 77002 | | **Trade** | **U** | | | **$1,200.00** |
| 16 **MassMutual Financial Group Retirement Services** P.O. Box 1583 Hartford, CT 06144-1583 | | **Trade** | **U** | | | **$1,200.00** |
| 17 **Comcast** P.O. Box 660618 Dallas, TX 75266-0618 | | **Trade** | **U** | | | **$1,040.00** |
| 18 **HSPS-EClaims** Dept. CH10677 Palatine, IL  60055-0677 | | **Trade** | **U** | | | **$840.00** |
| 19 **Grace Medical Gas and Equipment** 19102 Mockingbird Valley Dr. Katy, TX 77449 | | **Trade** | **U** | | | **$750.00** |
| 20 **Verizon** P.O. Box 660108 Dallas, TX 75266-0108 | | **Trade** | **U** | | | **$630.00** |