

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/31/2016

| | | |
|---|---|---|
| IN RE<br><br>ABC DENTISTRY, P.A.,<br><br>    DEBTOR. | § § § § § § § § § | Case No. 16-34221<br><br>Chapter 11 |
| IN RE<br><br>ABC DENTISTRY WEST OREM, P.L.L.C.,<br><br>    DEBTOR. | § § § § § § § § § | Case No. 16-34225<br><br>Chapter 11 |
| IN RE<br><br>ABC DENTISTRY OLD SPANISH TRAIL, P.L.L.C.<br><br>    DEBTOR. | § § § § § § § § § § | Case No. 16-34222<br><br>Chapter 11 |

### ORDER GRANTING MOTION FOR JOINT ADMINISTRATION

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the Court orders that the above referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. __X__ One disclosure statement and plan of reorganization or liquidation may be filed for all cases by any plan proponent.

2. __X__ Parties may request joint hearings on matters pending in any of the jointly administered cases.

3.  __X__ Other

   (1) Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is the Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only;

   (2) ABC Dentistry, P.A. ("ABC"), ABC Dentistry West Orem, P.L.L.C. ("West Orem"), and ABC Dentistry Old Spanish Trail, P.L.L.C. ("OST") are to be jointly administered under Case No. 16-34221;

   (3) Judge Isgur will preside over these jointly administered cases;

   (4) The joint caption of the ABC, West Orem, and OST cases shall read as shown in attached Exhibit A.

   (5) All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of ABC, Case No. 16-34221;

   (6) All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made;

   (7) Each of the Debtors shall (a) file separate monthly operating reports; (b) maintain separate financial accounts and records; (c) not be liable for the claims against any of the Debtors by virtue of this Order; and (d) file separate Bankruptcy Schedules and Statements of Financial Affairs;

   (8) A docket entry shall be made in each of the Debtors' cases substantially as follows: An order has been entered in this case directing the joint administrative of the chapter 11 cases of ABC, West Orem and OST; the docket in the chapter 11 case of ABC, Case No. 16-34221 should be

consulted for all matters affecting this case. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 16-34221**;

(9) Debtor shall file a master service list in ABC, Case No. 16-34221 which includes all creditors, persons filing Notices of Appearances, and all parties-in-interest in all the debtor's jointly administered cases for future noticing requirements;

(10) This order shall be served by the debtor on interested parties and all parties included on the master service list;

(11) Cases 16-34222 and 16-34225 are transferred to Judge Isgur; and.

(12) A copy of this Order should be entered in all three cases.

August 31, 2016.

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | Chapter 11 |
| | § | |
| ABC DENTISTRY, P.A., *et al.*, | § | Case No. 16-34221 |
| | § | |
| DEBTORS. | § | Jointly Administered |